# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: James L. Carroll : | Chapter 13 |
| Debtor : | |
| : | Bankruptcy No. 15-18345 |
| : | |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on August 29, 2016, a true and correct copy of Debtor's Second Amended Plan was served upon all creditors and the Debtor by first class mail, postage pre-paid. The Chapter 13 Trustee and US Trustee received a copy by electronic service.

Pennsylvania Housing Financing Agency
Accounting & Loan Servicing Division
211 N. Front Street
Harrisburg, PA. 17101

BY:   /s/ James P. McGarrity
James P. McGarrity
1500 JFK Boulevard
Suite 405
Philadelphia, PA. 19102
(215) 564-1951