United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-18345-sr
James Carroll                                                             Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: Antoinett             Page 1 of 1              Date Rcvd: Sep 29, 2016
                                Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 01, 2016.
db            +James Carroll,    6704 Dicks Avenue,    Philadelphia, PA 19142-2605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 29, 2016 at the address(es) listed below:
     FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
     JAMES P. MCGARRITY    on behalf of Debtor James  Carroll mcgarritylaw@gmail.com,
     mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION
     bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
     POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
     ecf_frpa@trustee13.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM EDWARD CRAIG    on behalf of Creditor   Santander Consumer USA, Inc. dba Chrysler Capital
     mortonlaw.bcraig@verizon.net,   mhazlett@mortoncraig.com
                                                                                    TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: James L. Carroll : Chapter 13
        Debtor :

: Bankruptcy No. 15-18345
:

## ORDER

AND NOW, this __28th__ day of __September__, 2016, upon application of JAMES P. McGARRITY, ESQUIRE, counsel for the above-captioned Debtor, for Approval of Counsel Fees in the sum $1,500.00, and no objections or responsive pleading thereto having been filed, it is hereby ORDERED that the said Application is APPROVED. The amount $1,500.00 shall be paid from available funds by the Chapter 13 Trustee.

BY THE COURT:

_____
Stephen Raslavich
United States Bankruptcy Judge