United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 15-18345-sr
James Carroll                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi          Page 1 of 2          Date Rcvd: Aug 31, 2017
                             Form ID: pdf900       Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2017.
db         +James Carroll,    6704 Dicks Avenue,    Philadelphia, PA 19142-2605
cr         +Santander Consumer USA, Inc. dba Chrysler Capital,    P.O. Box 560284,    Suite 900 North,
             Dallas, TX 75356-0284
13635576   +PECO Energy Company,    PO Box 37629,    Philadelphia, PA 19101-0629
13635578   +PGW,    PO Box 11700,    Newark, NJ 07101-4700
13649332   +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
             Attn: Bankruptcy Dept 3F
13658669   +Santander Consumer USA Inc.,    dba Chrysler Credit,    c/o William E. Craig, Esq.,
             Morton & Craig LLC,    110 Marter Ave., Ste. 301,    Moorestown, NJ 08057-3125
13635579   +Santander Consumer USA Inc.,    PO Box 961278,    Fort Worth, TX 76161-0278
13646126   +Santander Consumer USA dba,    Chrysler Capital,    PO Box 961275,    Fort Worth, TX 76161-0275
13748369   +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    PHFA Loan Servicing Division,
             211 North Front Street,    Harrisburg, PA 17101-1466
13745118   +U.S. Bank N.A.,    c/o Joshua I. Goldman, Esq.,    KML Law Group P.C.,
             701 Market St., Ste. 5000,    Phila., PA 19106-1541
13839223   +U.S. Bank NA,    c/o Thomas Puleo, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
             Phila., PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: bankruptcy@phila.gov Sep 01 2017 02:14:04    City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 01 2017 02:13:13
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 01 2017 02:13:49    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13731413    E-mail/PDF: resurgentbknotifications@resurgent.com Sep 01 2017 02:17:23
             Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
             Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
             Greenville, SC 29603-0587
13656584   +E-mail/Text: bnc@atlasacq.com Sep 01 2017 02:12:48    Atlas Acquisitions LLC,    294 Union St.,
             Hackensack, NJ 07601-4303
13723424    E-mail/Text: bankruptcy@phila.gov Sep 01 2017 02:14:04    City of Philadelphia,
             Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
             Philadelphia, PA  19102-1595
13665215   +E-mail/Text: bankruptcygroup@peco-energy.com Sep 01 2017 02:12:56    PECO Energy Company,
             Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13635577   +E-mail/Text: blegal@phfa.org Sep 01 2017 02:13:31    Pennsylvania Housing Financing Agency,
             Accounting & Loan Servicing Division,    211 N. Front Street,    Harrisburg, PA 17101-1406
                                                                                          TOTAL: 8

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2017 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JAMES P. MCGARRITY    on behalf of Debtor James  Carroll mcgarritylaw@gmail.com,
              mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION
              bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com

```
District/off: 0313-2          User: Randi              Page 2 of 2             Date Rcvd: Aug 31, 2017
                             Form ID: pdf900          Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              LEON P. HALLER    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG   on behalf of Creditor   Santander Consumer USA, Inc. dba Chrysler Capital
               ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                    TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :

JAMES CARROLL

                                          : Bankruptcy No. 15-18345SR
              Debtor(s)                   : Chapter 13


ORDER


AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.


**Dated: August 30, 2017**

_____
Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

JAMES P MC GARRITY ESQ
TWO PENN CENTER - SUITE 405
1500 JFK BOULEVARD
PHILADELPHIA PA 19102-

JAMES CARROLL
6704 DICKS AVENUE
PHILADELPHIA,PA.19143