UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: James L. Carroll  :  Chapter 13
        Debtor  :

:

:  Bankruptcy No. 15-18345

:

## NOTICE OF MOTION AND HEARING DATE

JAMES L. CARROLL has filed papers with the court to **Reconsider the Dismissal Order.**

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.

If you do not want the court to grant the relief sought in motion, or if you want the court to consider your views on the motion, then on or before **SEPTEMBER 28, 2017**, you or your attorney must:

[File with the court *a written response,* an answer, explaining your position} at:

    Clerk, US Bankruptcy Court
    Pennsylvania - Eastern District
    900 Market Street, Suite 400
    Philadelphia, PA 19107

If you mail your {request} to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:    Movants attorney

    James P. McGarrity, 1500 John F Kennedy Blvd

    Philadelphia, PA 19102    and

Attend the hearing scheduled to be held on OCTOBER 19th 2017 at 9:30 a.m. in Courtroom #3, United States Bankruptcy Court, 900 Market St., Philadelphia, PA 19107

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order Denying that relief.

Signature: /s/James McGarrity    Date:  SEPTEMBER 14, 2017
    James P. McGarrity