United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 15-18345-jkf
James Carroll                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi              Page 1 of 2            Date Rcvd: Oct 19, 2017
                            Form ID: pdf900          Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2017.
```
db         +James Carroll,   6704 Dicks Avenue,   Philadelphia, PA 19142-2605
cr         +Santander Consumer USA, Inc. dba Chrysler Capital,    P.O. Box 560284,   Suite 900 North,
             Dallas, TX 75356-0284
13635576   +PECO Energy Company,   PO Box 37629,   Philadelphia, PA 19101-0629
13635578   +PGW,   PO Box 11700,   Newark, NJ 07101-4700
13649332   +Philadelphia Gas Works,   800 W Montgomery Ave,   Phila Pa 19122-2898,
             Attn: Bankruptcy Dept 3F
13635579   +Santander Consumer USA Inc.,   PO Box 961278,   Fort Worth, TX 76161-0278
13658669   +Santander Consumer USA Inc.,   dba Chrysler Credit,   c/o William E. Craig, Esq.,
             Morton & Craig LLC,   110 Marter Ave., Ste. 301,   Moorestown, NJ 08057-3125
13646126   +Santander Consumer USA dba,   Chrysler Capital,   PO Box 961275,   Fort Worth, TX 76161-0275
13748369   +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,   PHFA Loan Servicing Division,
             211 North Front Street,   Harrisburg, PA 17101-1466
13745118   +U.S. Bank N.A.,   c/o Joshua I. Goldman, Esq.,   KML Law Group P.C.,
             701 Market St., Ste. 5000,   Phila., PA 19106-1541
13839223   +U.S. Bank NA,   c/o Thomas Puleo, Esq.,   KML Law Group PC,   701 Market St., Ste. 5000,
             Phila., PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: bankruptcy@phila.gov Oct 20 2017 01:39:46    City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA 19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 20 2017 01:39:05
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 20 2017 01:39:32     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13731413    E-mail/PDF: resurgentbknotifications@resurgent.com Oct 20 2017 01:47:58
             Ashley Funding Services, LLC its successors and,   assigns as assignee of Laboratory,
             Corporation of America Holdings,   Resurgent Capital Services,   PO Box 10587,
             Greenville, SC 29603-0587
13656584   +E-mail/Text: bnc@atlasacq.com Oct 20 2017 01:38:34    Atlas Acquisitions LLC,   294 Union St.,
             Hackensack, NJ 07601-4303
13723424    E-mail/Text: bankruptcy@phila.gov Oct 20 2017 01:39:47    City of Philadelphia,
             Law Department  Tax Unit,   Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
             Philadelphia, PA  19102-1595
13665215   +E-mail/Text: bankruptcygroup@peco-energy.com Oct 20 2017 01:38:43     PECO Energy Company,
             Attn: Merrick Friel,   2301 Market Street, S23-1,   Philadelphia, PA 19103-1380
13635577   +E-mail/Text: blegal@phfa.org Oct 20 2017 01:39:16    Pennsylvania Housing Financing Agency,
             Accounting & Loan Servicing Division,   211 N. Front Street,   Harrisburg, PA 17101-1406
                                                                                              TOTAL: 8
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2017 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JAMES P. MCGARRITY    on behalf of Debtor James  Carroll mcgarritylaw@gmail.com,
               mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
```

```
District/off: 0313-2          User: Randi                 Page 2 of 2                  Date Rcvd: Oct 19, 2017
                              Form ID: pdf900             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA, Inc. dba Chrysler Capital ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                         TOTAL: 9

Case 15-18345-jkf    Doc 74    Filed 10/21/17    Entered 10/22/17 01:01:19    Desc Imaged
Certificate of Notice    Page 2 of 3

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re: James L. Carroll** | : | Chapter 13 |
| Debtor | : | |
| | : | |
| | | Bankruptcy No. 15-18345 |
| | : | |
| : | | |
| | : | |

## ORDER

AND NOW, this _____ day of October, 2017, upon consideration of the debtor's Motion for Reconsideration of the Dismissal Order, it is hereby ORDERED that the Motion be, and is hereby, GRANTED. The order dated August 30, 2017 is hereby VACATED.

**Date: October 19, 2017**

_____
Jean K. Fitzsimon
United States Bankruptcy Judge