Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 08/12/2020  
**Chapter 13 Case No. 15-18345-AMC**

JAMES CARROLL  
6704 DICKS AVENUE  
PHILADELPHIA  PA    19143

Petition Filed Date: 11/19/2015  
341 Hearing Date: 02/26/2016  
Confirmation Date: 09/28/2016

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/05/2019 | $2,493.96 | 1928 James M | 08/13/2019 | $1,500.00 | 4036 James M | 12/10/2019 | $1,825.25 | 1969 |
| 05/04/2020 | $2,400.00 | 1985 | | | | | | |

**Total Receipts for the Period: $8,219.21    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $19,912.52**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 6 | ASHLEY FUNDING SVCS LLC<br>»» 006 | Unsecured Creditors | $175.00 | $0.00 | $175.00 |
| 3 | ATLAS ACQUISITIONS LLC<br>»» 003 | Unsecured Creditors | $725.89 | $0.00 | $725.89 |
| 1 | CCAP AUTO LEASE LTD<br>»» 001 | Unsecured Creditors | $30,209.15 | $0.00 | $30,209.15 |
| 4 | PECO ENERGY COMPANY<br>»» 004 | Unsecured Creditors | $843.31 | $0.00 | $843.31 |
| 2 | PHILADELPHIA GAS WORKS<br>»» 02S | Secured Creditors | $537.20 | $470.78 | $66.42 |
| 2 | PHILADELPHIA GAS WORKS<br>»» 02U | Unsecured Creditors | $766.92 | $0.00 | $766.92 |
| 7 | PHFA<br>»» 007 | Mortgage Arrears | $18,216.05 | $15,963.86 | $2,252.19 |
| 5 | CITY OF PHILADELPHIA (LD)<br>»» 005 | Secured Creditors | $370.14 | $324.38 | $45.76 |
| 8 | JAMES P MC GARRITY ESQ<br>»» 008 | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |

**Chapter 13 Case No. 15-18345-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,912.52 | Current Monthly Payment: | $415.66 |
| Paid to Claims: | $18,259.02 | Arrearages: | $1,340.97 |
| Paid to Trustee: | $1,653.50 | Total Plan Base: | $22,916.13 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.