#### IN THE UNITED STATES BANKRUPTCY COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: James Carroll <br> _Debtor(s)_ | |
| U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) <br> _Movant_ | Chapter 13 |
| vs. | NO. 15-18345 AMC |
| James Carroll <br> _Debtor(s)_ | |
| and Scott Waterman Esq. <br> _Trustee_ | |

### ORDER

AND NOW, this        day of              , 2020 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on   it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 6704 Dicks Avenue Philadelphia, PA 19142.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: November 4, 2020**

_____
United States Bankruptcy Judge.

cc: See attached service list

James Carroll
6704 Dicks Avenue
Philadelphia, PA 19143

Scott Waterman Esq.
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

James P. McGarrity
Suite 405
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532