Certificate Number: 15317-PAE-DE-035177038

Bankruptcy Case Number: 15-18345



15317-PAE-DE-035177038

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 14, 2020</u>, at <u>11:31</u> o'clock <u>AM PST</u>, <u>James Carroll</u> completed a course on personal financial management given <u>by telephone</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>December 14, 2020</u>          By:   <u>/s/Jezlygh Dela Cruz</u>

Name:  <u>Jezlygh Dela Cruz</u>

Title:   <u>Credit Counselor</u>