United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
James Carroll  
    Debtor

Case No. 15-18345-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Apr 16, 2021      Form ID: 138NEW      Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Carroll, 6704 Dicks Avenue, Philadelphia, PA 19142-2605 |
| cr | + | Santander Consumer USA, Inc. dba Chrysler Capital, P.O. Box 560284, Suite 900 North, Dallas, TX 75356-0284 |
| 13635578 | + | PGW, PO Box 11700, Newark, NJ 07101-4700 |
| 13649332 | + | Philadelphia Gas Works, 800 W Montgomery Ave, Phila Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 13658669 | + | Santander Consumer USA Inc., dba Chrysler Credit, c/o William E. Craig, Esq., Morton & Craig LLC, 110 Marter Ave., Ste. 301 Moorestown, NJ 08057-3125 |
| 13635579 | + | Santander Consumer USA Inc., PO Box 961278, Fort Worth, TX 76161-0278 |
| 13646126 | + | Santander Consumer USA dba, Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 13748369 | + | U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE, PHFA Loan Servicing Division, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 13745118 | + | U.S. Bank N.A., c/o Joshua I. Goldman, Esq., KML Law Group P.C., 701 Market St., Ste. 5000, Phila., PA 19106-1541 |
| 13839223 | + | U.S. Bank NA, c/o Thomas Puleo, Esq., KML Law Group PC, 701 Market St., Ste. 5000, Phila., PA 19106-1541 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 17 2021 03:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 17 2021 03:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 17 2021 03:35:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13656584 | | Email/Text: bnc@atlasacq.com | Apr 17 2021 03:31:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 13731413 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2021 03:53:12 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13723424 | | Email/Text: megan.harper@phila.gov | Apr 17 2021 03:36:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13665215 | + | Email/Text: bankruptcygroup@peco-energy.com | Apr 17 2021 03:32:00 | PECO Energy Company, Attn: Merrick Friel, 2301 Market Street, S23-1, Philadelphia, PA 19103-1380 |
| 13635576 | + | Email/Text: bankruptcygroup@peco-energy.com | Apr 17 2021 03:32:00 | PECO Energy Company, PO Box 37629, Philadelphia, PA 19101-0629 |
| 13635577 | + | Email/Text: blegal@phfa.org | Apr 17 2021 03:34:00 | Pennsylvania Housing Financing Agency, Accounting & Loan Servicing Division, 211 N. Front Street, Harrisburg, PA 17101-1406 |

Case 15-18345-amc    Doc 129    Filed 04/18/21    Entered 04/19/21 00:50:59    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 16, 2021 | Form ID: 138NEW | Total Noticed: 19 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 18, 2021              Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JAMES P. MCGARRITY | on behalf of Debtor James Carroll mcgarritylaw@gmail.com mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION Josh.Goldman@padgettlawgroup.com kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F WATERMAN ecfmail@readingch13.com |
| POLLY A. LANGDON | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| SCOTT F WATERMAN | ECFMail@ReadingCh13.com |
| THOMAS I. PULEO | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM MILLER*R | on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com  ECF_FRPA@Trustee13.com |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA  Inc. dba Chrysler Capital ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Apr 16, 2021 Form ID: 138NEW Total Noticed: 19
TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: James Carroll

    Debtor(s)

Bankruptcy No: 15−18345−amc

Chapter: 13

---

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

        For The Court
        Timothy B. McGrath
        Clerk of Court

Dated: 4/16/21

        127 − 126
        Form 138_new